1

2

3

4

5

6

7

8 # 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱

9 # ℭ𝔢𝔫𝔱𝔯𝔞𝔩 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 ℭ𝔞𝔩𝔦𝔣𝔬𝔯𝔫𝔦𝔞

10

11 JPMORGAN CHASE BANK N.A.,

Case № 5:16-cv-1409-ODW (AGR)

12 Plaintiff,

**ORDER TO SHOW CAUSE**

13 v.

14 LIVING ECOLOGY, INC.; JACK J. SINGH; and DOES 1–10, inclusive,

15

16 Defendants.

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

The Court **ORDERS** Plaintiff to **SHOW CAUSE**, no later than **September 30, 2016**, why the Court should not dismiss Defendants Living Ecology, Inc. and Jack J. Singh for failure to effect service of process within the Rule 4(m) period.  The Court will discharge this Order upon the filing of a proof of service as to each Defendant. Failure to timely respond to this Order may result in the dismissal of the foregoing Defendants without further warning from the Court.

**IT IS SO ORDERED.**

September 19, 2016

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**