UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | EDCV 16-01409-ODW (AGR) | Date | October 17, 2016 |
|---|---|---|---|
| Title | *JPMorgan Chase Bank v. Living Ecology, Inc., et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**        **In Chambers**

On July 19, 2016, Plaintiff served Defendants Living Ecology, Inc. and Jack J. Singh under Rule 4(d)(1). (ECF No. 10.) Defendants' responses to the Complaint were therefore due on or before September 17, 2016. Fed. R. Civ. P. 4(d)(3). To date, no responsive pleadings have been filed. Therefore, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing only, no later than **October 28, 2016**, why it has not filed a request for entry of default as to each Defendant. No hearing will be held.

Alternatively, this Order will be discharged upon either the filing of a request for entry of default as to each Defendant or the filing of a responsive pleading by each Defendant.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |