1
2
3
4
5
6
7
8
9

# United States District Court
# Central District of California

10

| | |
|---|---|
| JPMORGAN CHASE BANK N.A., | Case № 5:16-cv-1409-ODW (AGR) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| LIVING ECOLOGY, INC.; JACK J. SINGH; and DOES 1–10, inclusive, | |
| Defendants. | |

11
12
13
14
15
16

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1
2
3
4
5
6

Based on Plaintiff's response to the Court's OSC (ECF No. 26), the Court further **ORDERS** Plaintiff to **SHOW CAUSE**, no later than **November 30, 2016**, why the Court should not dismiss the action for lack of prosecution.  The Court will discharge this Order upon the filing of a request for entry of default as to each Defendant or the filing of a responsive pleading by each Defendant.  The Court does not intend to grant further extensions absent a compelling reason.

7
8
9

**IT IS SO ORDERED.**

10

October 27, 2016

11
12
13
14

_____
            **OTIS D. WRIGHT, II**
   **UNITED STATES DISTRICT JUDGE**

15
16
17
18
19
20
21
22
23
24
25
26
27
28